IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BONNIE L. BURGESON, | ) | 4:07CV3146 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| BRYANLGH MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 11) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed without prejudice, each party to bear their own costs and attorneys' fees.

December 4, 2007.                BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge